IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK VINCENT HALL, BBK134, | ) | |
| Plaintiff(s), | ) | No. C 12-2340 CRB (PR) |
| v. | ) | ORDER |
| HAYWARD POLICE DEP'T, et al., | ) | |
| Defendant(s). | ) | |

On January 3, 2013, plaintiff filed an opposition to defendants' motion for summary judgment in this prisoner action for damages under 42 U.S.C. § 1983 for use of excessive force during arrest. The court requests that defendants file a reply to the opposition by no later than February 8, 2013.

SO ORDERED.

DATED: <u>Jan. 29, 2013</u>

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Hall, M.12-2340.msjreply.wpd